FILED
DISTRICT COURT OF GUAM
MAY 26 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>WEI SHUN YE,<br><br>    Defendant. | MAGISTRATE CASE NO. 04-00005<br><br>**RECEIPT OF EXHIBITS** |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ] Government's     [ ] Defendant's     [ ] Joint

**EXHIBIT NO.**     **DESCRIPTION**

SEE ATTACHED MINUTE ENTRY

_____
Signature

N. SORIANO
Name

5/26/06
Date

USAO
Office/Firm Receiving Exhibits

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE

FILED
DISTRICT COURT OF GUAM
MAR 11 2004
MARY L. M. MORAN
CLERK OF COURT

CASE NO. MG-04-00005          DATE: 3/10/2004          TIME: 1:45 p.m.
( ) SEALED    ( ) UNSEALED

⑤

HON. JOHN S. UNPINGCO, Chief Judge, Presiding
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded - RUN TIME: 1:45:58 - 2:21:50

Law Clerk: J. HATTORI & K. WALMSLEY
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Benavente & P. Taijeron

* * * * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** WEI SHUN YE
(X) PRESENT  (X) CUSTODY  ( ) BOND  ( ) P.R.
(If more than one defendant, see attached)

**ATTY:** RICHARD ARENS
(X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: JAMIE BOWERS

U.S. PROBATION: MARIA CRUZ

INTERPRETER: Mimi Clinard, previously sworn

AGENT: MIKE HERNANDEZ, B.I.C.E.

U.S. MARSHAL: J. CURRY & P. RABINA

LANGUAGE: Chinese

**PROCEEDINGS: INITIAL APPEARANCE / IDENTITY HEARING**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
(X) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: FEDERAL PUBLIC DEFENDER, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED   AGE:____   HIGH SCHOOL COMPLETED:_____
( ) DEFENDANT ARRAIGNED ADVISED OF RIGHTS, CHARGES AND PENALTIES
(X) REMOVAL/IDENTITY HEARING (X) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at ____
(X) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF
    THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) GUILTY ( ) NOT GUILTY - TO:_____
( ) COUNT(S)_____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED:_____ PLEA: ( ) ACCEPTED ( ) REJECTED
( ) COURT ORDERS PLEA AGREEMENT SEALED
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE:_____ at ____   ( ) STATUS HEARING:_____ at ____
( ) PRESENTENCE REPORT ORDERED AND DUE:_____
( ) PRELIMINARY EXAMINATION SET FOR:_____ at ____
( ) ARRAIGNMENT SET FOR_____ at ____
( ) TRIAL SET FOR:

PROCEEDINGS CONTINUED TO:_____ at ____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING (X) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at ____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Parties had no objections to a joint hearing with the defendants in MG-04-00006 and MG-04-00007. Agent Michael Hernandez called and sworn. Court examined the witness. Government's Exhibit #1, #2, and #3 (photos of the defendants), offered and admitted. Warrant of Removal executed. Defendant remanded to the custody of the U.S. Marshal Service on Guam to be removed to the District of the Northern Mariana Islands.

Time: 2:21 p.m.